UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil Case No. 16-2646 (SRN/SER)

JORDAN S. KUSHNER,

                Plaintiff,

v.                                          **MOTION TO COMPEL**
                                             **COMPLIANCE WITH**
LIEUTENANT TROY BUHTA,          **SUBPOENA DUCES TECUM**
OFFICER ASHLEE LANGE,
OFFICER KATHLEEN TEMPLE,
SERGEANT KRISTIN TYRA,
LINDA LOKENSGARD,
ERIC W. KALER,

                Defendants.
and

Minneapolis City Attorney's Office,

                Third Party Respondents.

Plaintiff Jordan S. Kushner hereby moves the Court for an Order compelling the Minneapolis City Attorney's Office to fully comply with Plaintiff's Subpoena duces tecum by disclosing its correspondences relating to its criminal prosecution of Plaintiff, less redactions for work product consisting of mental impressions and opinions regarding the prosecution.  In the alternative, Plaintiff requests that the Court do one or more of the following: a) conduct an *in camera* review of the withheld correspondences to determine which materials should be disclosed; and/or b) require the Minneapolis City Attorney's Office to provide a more detailed privilege log than what it previously produced, so as to include  an explanation of the topic of each withheld document, and a statement of each

area of information contained in the document including but not limited to 1) attorney legal impressions or opinions, 2) factual information or observations, 3) personal or political comments regarding Jordan Kushner or other parties, and/or 4) specifically giving directions or requests for directions.

    This motion is made pursuant to Fed. R. Civ. P. 45(d)(2)(B)(i), and Fed R. Civ. P. 37 including specifically 37(a)(2), and is based on all files and proceedings, and specifically the accompanying Declaration of Plaintiff with attached Exhibits and Memorandum of Law.

Date: March 23, 2017        PETER J. NICKITAS LAW OFFICE, L.L.C.
                                     /s/ *Peter J. Nickitas* (electronically signed)

                                     _____
                                     Peter J. Nickitas, MN Att'y #212313
                                     Attorney for the Plaintiff
                                     431 S. 7th St., Suite 2446
                                     Minneapolis, MN 55415
                                     651.238.3445/FAX 1.888.389.7890
Date: March 23, 2017        LAW OFFICE OF JORDAN S. KUSHNER

                                     s/Jordan S. Kushner_____
                                     Jordan S. Kushner, ID 219307
                                     Pro Se/Co-Counsel for Plaintiff
                                     431 South 7th Street, Suite 2446
                                     Minneapolis, Minnesota 55415
                                     (612) 288-0545