UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jordan Kushner,

Plaintiff(s),

-vs-   Civ. 16-2646 SRN/SER

Troy Buhta, Ashlee Lange,
Kathleen Temple, Kristin Tyra,
Eric. W. Kaler, and Linda Lokensgard,

Defendant(s).

## COST JUDGMENT

The costs of the Defendants, Troy Buhta, Ashlee Lange, Kathleen Temple, Kristin Tyra, Eric. W. Kaler, and Linda Lokensgard, have been taxed and allowed by the Clerk of this Court against the Plaintiff, Jordan Kushner, as follows:

|  | Claimed | Allowed |
|---|---|---|
| Fees for service | $50.00 | $0.00 |
| Fees for transcripts | $3,495.75 | $3,495.75 |
| Fees for copies | $53.40 | $53.40 |
| Total | $3,599.15 | $3,549.15 |

Costs, therefore, are taxed against Plaintiff, Jordan Kushner, in the amount of $3,549.15 and judgment is entered accordingly. Motion for review of the Clerk's decision may be made within 14 days hereafter in accordance with Local Rule 54.3(c).

Dated at Minneapolis, Minnesota, on October 19, 2018.

KATE M. FOGARTY, CLERK

By: s/ T. Pepin

T. Pepin
Deputy Clerk